UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

UNITED STATES OF AMERICA                    3:20-mj-00187

v.                                          ORDER TO UNSEAL

JOSEPH GALVAN,

Defendant.

This matter having come before the Court upon motion by the government for an order to
unseal the case, and the Court being fully advised in the premises and finding good cause:

IT IS HEREBY ORDERED, that this case is unsealed.

Dated: August 4, 2020

_____
HONORABLE YOULEE YIM YOU
United States Magistrate Judge

Presented by:

BILLY J. WILLIAMS
United States Attorney

/s/ Claire M. Fay
CLAIRE M. FAY, DCB #358218
Assistant United States Attorney

**Order to Unseal**                                                                 **Page 1**